# ELECTRONIC RECORD

COA # 11-13-00217-CR  OFFENSE: 22.021

STYLE: **Christopher Anthony Barski v. The State of Texas**  COUNTY: Tarrant

COA DISPOSITION: AFFIRMED  TRIAL COURT: 432nd District Court

DATE: 8/21/15  Publish: NO  TC CASE #: 1326714R

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Christopher Anthony Barski v. The State of Texas**  CCA #: **PD-1188-15**

__APPELLANT'S__ Petition  CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____

REFUSED  JUDGE: _____

DATE: 11/04/2015  SIGNED: _____  PC: _____

JUDGE: Per Curiam  PUBLISH: _____  DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD